**Order entered May 6, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-00473-CR
No. 05-18-00474-CR

**RICKEY LECARDO MCGEE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause Nos. F16-34511-H; F16-34499-H**

## ORDER

Before the Court is appellant's May 3, 2019 pro se motion for change of venue. Appellant is represented by appointed counsel. A criminal defendant is not entitled to hybrid representation. *See Robinson v. State*, 240 S.W.3d 919, 922 (Tex. Crim. App. 2007). Appellant's motion for change of venue is **DENIED**.

/s/     DAVID L. BRIDGES
         PRESIDING JUSTICE